UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD EVANS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIGARD INSURANCE COMPANY, a foreign insurance corporation,<br><br>        Defendant. | No. 2:16-cv-00266-SAB<br><br>**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** |

Before the Court is the parties' joint Stipulation and Order of Dismissal with Prejudice, ECF No. 3. Plaintiff attests that they have settled all claims with Defendant Unigard Insurance Company, and that the case should be dismissed with prejudice.

//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION AND DISMISSING . . . ^ 1**

//

Accordingly, **IT IS ORDERED:**

1. The parties' joint Stipulation and Order of Dismissal with Prejudice, ECF No. 3, is accepted and **ENTERED** into the record.

2. All pending deadlines and trial dates are **STRUCK**.

2. All claims are **DISMISSED WITH PREJUDICE**. There is no award of attorneys' fees or costs to any party.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and to pro se Plaintiff, and **CLOSE THE FILE**.

**DATED** this 15th day of December, 2016.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING . . . ^ 2**